AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00196 |
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| ELIAS N. COSTIANES | ) | Assign Date: 2/2/2021 |
| ▓▓▓▓▓▓▓▓▓ | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/06/2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1512(c)(2) | Obstruction of Congress |
| 18 U.S.C. § 1752(a)(1) and (2) | Unlawful Entry on Restricted Buildings or Grounds |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Violent Entry, Disorderly Conduct, and Other Offenses on Capitol Grounds |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Kenneth R. Shappee, Special Agent - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone.__

Date: __02/03/2021__

_____
*Judge's signature*

G. Michael Harvey

City and state: __Washington, D.C.__   ▓▓▓▓▓▓▓, United States Magistrate Judge
*Printed name and title*