AO 442 (Rev. 01/09) Arrest Warrant

11233023

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM9:54
RECEIVED FEB 4 '21

United States of America
v.
ELIAS N. COSTIANES

*Defendant*

Case: 1:21-mj-00196
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/3/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ELIAS N. COSTIANES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 USC § 1512(c)(2) Obstruction of Congress
18 U.S.C. § 1752(a)(1) and (2) Unlawful Entry on Restricted Buildings or Grounds
40 U.S.C. § 5104(e)(2)(D) and (G) Violent Entry, Disorderly Conduct, and Other Offenses on Capitol Grounds

Date: 02/03/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.02.03 12:19:24 -05'00'

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/03/2021, and the person was arrested on *(date)* 02/12/2021
at *(city and state)* Washington DC.

Date: 02/12/2021

*Arresting officer's signature*

Steven Caldwell  DEO
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Elias N. Costianes

Known aliases: Elias Costianes

Last known residence: 37 Open Gate Lane, Nottingham, MD 21236

Prior addresses to which defendant/offender may still have ties: N/A

Last known employment: Unknown

Last known telephone numbers: 240-426-4569

Place of birth: Unknown

Date of birth: 08/09/1978

Social Security number: 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

Height: Unknown                                    Weight: Unknown

Sex: Male                                          Race: Unknown

Hair: Unknown                                      Eyes: Unknown

Scars, tattoos, other distinguishing marks: Unknown

History of violence, weapons, drug use: N/A

Known family, friends, and other associates *(name, relation, address, phone number)*: Unknown

FBI number: N/A

Complete description of auto: 2019, Mercedes Benz Sport Utility vehicle bearing Maryland Tag, 53008CJ and issued Vehicle Identification Number 4JGDF6EE2KB232738

Investigative agency and address: Federal Bureau of Investigation - Washington Field Office
601 4th Street NW
Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A